NUMBER
13-05-410-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_______________________________________________________

 

JAIME BENAVIDES,                                                  Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                   On
appeal from the 36th District Court 

                        of
San Patricio County, Texas.

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yañez and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, JAIME BENAVIDES,
perfected an appeal from a judgment entered by the 36th District
Court of San Patricio County, Texas,  in cause number S-98-3177-CR.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and 

filed this the 26th day of January, 2006.